JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESARROLLADORA EL ARCA, S.A.P.I. DE C.V., a Mexican corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>JEFFREY LYNN SMITH, an individual; and DOES 1 through 10, Inclusive,<br><br>          Defendants. | CASE NO. *CV10-3889 R (VBKx)*<br>(Hon. Judge Manuel Real)<br><br>**ORDER GRANTING DEFENDANT JEFFREY LYNN SMITH'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FRCP 12(b)(6)** |

[PROPOSED] ORDER                                                CV10-3889 R (VBKx)

1  Defendant Jeffrey Lynn Smith's Motion to Dismiss the First Amended
2  Complaint of Plaintiff Desarrolladora El Arca, S.A.P.I. DE C.V ("Plaintiff"),
3  pursuant to Federal Rule of Civil Procedure 12(b)(6), came on regularly for
4  hearing on November 15, 2010, at 10:00 a.m., in the above entitled Court.  Thomas
5  Snyder, Esq. of Sheppard Mullin Richter & Hampton LLP appeared on behalf of
6  Plaintiff, and David R. Shraga, Esq., of Iaffaldano Shaw & Young LLP appeared
7  on behalf of Defendant.

The Court, having read and considered the papers and arguments submitted by the parties and finding good cause therefor, hereby orders that Defendant's Motion to Dismiss the first and only cause of action for fraud set forth in the First Amended Complaint is hereby GRANTED for the reasons stated on the record.

The Court ORDERS that the First Amended Complaint is hereby dismissed with prejudice, and ORDERS further that leave to amend is denied for failure to cure the deficiencies by the amendment previously allowed and futility of amendment, as stated on the record.

**IT IS SO ORDERED.**

DATED: November 17, 2010   _____
HON. MANUEL L. REAL
JUDGE OF THE UNITED STATES DISTRICT
COURT OF THE CENTRAL DISTRICT OF
CALIFORNIA

- 1 -

[PROPOSED] ORDER                                       CV10-3889 R (VBKx)